2:22-cv-00709 JDP (PC)

# FILED

APR 25 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

CORCORAN STATE PRISON

NAME Jeffrey Caldwell
CDCR NUMBER BC0978
HOUSING ASU-D-140
PO BOX 3456
CORCORAN, CA 93212

Please excuse my writing its to the best of my ability. Thank You

4-21-22

Attention Courts

My name is Jeffrey J. Caldwell, I'm writing today to ask if the courts will consider asking A Lawyer to file my Lawsuit against Custody at California Medical Facility for Violating my Eighth Amendment. They did it twice in two Cell extraction on 9-3-21 & 9-9-21. The incident Log # for 9-3-21 is Log # 27207, RVR # 7117437 The other incident Log is # 27482, RVR # 7119141 That happened on 9-9-21.

Please Review Incident Report on both incident and you will see how Custody used excessive and or unnecessary Force. The issue I want to sue for is: The use of excessive force by prison staff violates my Eighth Amendent Prohibition against cruel and unusual punishment. The force was not used in good faith, but was applied "maliciously" and or sadistically for the very purpose of causing harm.

Now The same staff prevented me for receiving medical attention after both assaults I also would like to point out to

Note: These officer did not follow CDCR operational procedures in Both cases

The Courts that im blind in my right eye and should be consider ADA Code DPV. My doctor in CMF took away my ADA DPV Code. Im in the process of (602) Appealing the decision, But the Prison Law Office wrote and Said DPV definition is: You have A Severe impairment which is not correctable to better then 20/200 with corrective lens in at lease one eye Then your considered DPV. And thats me im blind in one eye completely, and have been since the Age of Two. This disiability has caused me reading and writing to be very limited. Thats why im asking the Courts to have a Lawyer take my cases on a contingency basis? I have a couple other issues I want to bring to the Courts Attention about my current situation. Im also in need of A lawyer to help me get medical attention for A procedure that was done on me without my consent. Now I had eye surgery on 3-13-18. The Doctor who did

the procedure was contracted by CDCR. He did Multiple procedures while I was in CDCR Custody Just to be clear. On 3-13-18 He Proform a Pars Plana Vitrectomy and exotropia repair and A Placement of intraocular lens.

Now the only procedure that CDCR Approved was the pars plana Vitrectomy of the right eye. The others were Not. I believe he lost his contract with CDCR for the Procedures that didnt get approved.

Durring this procedure I believe he also proformed Psychosurgery and implated electrodes into my Brain Tissue, I'm positive this is whats in me. NOW MY Nervos System is being harmed daily, I'm being tortured. I've been only able to talk to my family once every two weeks since I became aware of whats in me. I found out the night before the cell extraction on 9-3-21. Thats when the torture started. Please help me get A Lawyer And medical Attention I'm in dire need of help ASAP. Thank you for you time Sincerly

Jeffrey

Note: I need help getting evaluated for the psycosurgery ASAP

CDCR Custody it trying to act like im crazy, but im Not. Both of them incident happened at C.M.F, but im currently in Corcoran. Im scared to be housed at ~~any prison that ~~ ~~Body Camara~~ Prison were Custody don't have Body Camaras Please have me placed in Solano County Jail if the DA Picks up Charges against me for the RVR's thank you for All your time & help, please responde Back with any Advise available.