UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CALDWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00709-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF A FINAL EXTENSION OF TIME TO EITHER PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff commenced this action on April 25, 2022. ECF No. 1. However, he did not pay the filing fee or submit an application for leave to process *in forma pauperis*. Accordingly, on May 6, 2022, I ordered plaintiff to submit, within thirty days, either the $402 filing fee or a completed application for leave to proceed *in forma pauperis*. ECF No. 3. Plaintiff did not comply with that order. Accordingly, on June 24, 2022, I ordered him to show cause within twenty-one days why this action should not be dismissed for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders. ECF No. 4. I warned plaintiff that failure to comply with that order, would result in a recommendation that this action be dismissed. *Id.* at 2.

In response, plaintiff filed a letter with the court indicating that he did not intend to file a lawsuit, but rather was hoping the court would appoint him counsel. ECF No. 5. Given that plaintiff has yet to pay the filing fee, his request for appointment of counsel will not be addressed

at this time. Instead, I will grant plaintiff a final opportunity to either pay the filing fee or submit an application to proceed *in forma pauperis*.

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall either pay the $402 filing fee or file a completed *in forma pauperis* application within fourteen days of this order.

2. No further extensions will be granted absent a showing of extraordinary cause.

3. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:    August 10, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2